COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Sheri Bernstein

Appellate case number:    01-14-00802-CV

Trial court case number:  2014-30917

Trial court:              311th District Court of Harris County

On September 30, 2014, Relator Sheri Bernstein filed her "Motion for Emergency Relief Emergency Stay of Proceedings." The motion is **DISMISSED** for want of jurisdiction. *See, e.g. In re Geico General Insurance Company*, No. 01-06-00406-CV, 2006 WL 2506677, at *1 (Tex. App.—Houston [1st Dist.] August 31, 2006, no pet.), citing *In re Dr. John C. Kelleher*, 999 S.W.2d 51 (Tex. App.—Amarillo 1999, no pet.) (rule authorizing any just relief does not provide Court of Appeals with jurisdiction to grant emergency stay where party has not yet filed petition for mandamus relief); TEX. R. APP. P. 52.1, 52.10(b).

Further, the motion filed does not contain the correct trial court cause number, does not include a record of any order complained of, nor does it properly identify opposing parties or counsel.

Judge's signature: /s/ Harvey Brown
                    X  Acting individually    ☐ Acting for the Court

Date:  October 1, 2014